## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH J. WHIPPS,<br><br>  Defendant. | **No. 4:19-cr-00042-RGE-HCA**<br><br><br>**ORDER DENYING DEFENDANT'S PRO SE MOTION FOR EXTENSION OF TIME TO FILE SECTION 2255 MOTION** |

Now before the Court is Defendant Joseph J. Whipps filed a pro se motion for an extension of time to file a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 63.

"A 1-year period of limitation shall apply to a [§ 2255] motion." 28 U.S.C. § 2255(f). The limitation period runs from the latest of:

(1) the date on which the judgment of conviction becomes final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

*Id.* The time limit in § 2255 may be subject to equitable tolling, *see United States v. McIntosh*, 332 F.3d 550 (8th Cir. 2003), but the Court does not have authority to extend the deadline before Whipps files a § 2255 motion. Whipps's motion is premature.

**IT IS ORDERED** that Defendant Joseph J. Whipps's request for extension of time to file a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, ECF No. 63, is **DENIED** without prejudice.

If Whipps wishes to seek to vacate, set aside, or correct his sentence, Whipps should file a 28 U.S.C § 2255 petition without further delay. In his petition, Whipps may set forth relevant circumstances regarding timeliness for the Court to consider at that time.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2020.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE